

# IN THE
## TENTH COURT OF APPEALS

### No. 10-15-00268-CV

**LEONARD MCGOWAN,**

**Appellant**

 **v.**

**RICKY AND WENDY HEGEFELD,**

**Appellees**

### From the 82nd District Court
### Falls County, Texas
### Trial Court No. CV38831

## MEMORANDUM OPINION

Leonard McGowan appealed the trial court's order granting Ricky and Wendy Hegefeld's motion for summary judgment. McGowan has now filed a motion to dismiss his appeal, asserting that the parties successfully mediated their issues on appeal.

Accordingly, the motion is granted, and this appeal is dismissed. *See* TEX. R. APP. P. 42.1(a).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Motion granted, appeal dismissed
Opinion delivered and filed May 12, 2016
[CV06]

